## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Kelly M. Crawford** | § § § | |
| v. | § § § § § § § | Civil No. A-11-cv-24-SS |
| **Advanced Financial Solutions, et al** | § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendants **Leonie Batac, Jovylen Co-Bermejo, Jose Gomez, Leticia Gomez, Michael Hauso, Jelden Foundation, Jorge Jimenez, Sergio Ruiz** and **The Jeffreys Group**, and it further appearing from the Plaintiff's motion and affidavit that said Defendants have failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this **24th day of February, 2011**, DEFAULT is hereby entered against **Leonie Batac, Jovylen Co-Bermejo, Jose Gomez, Leticia Gomez, Michael Hauso, Jelden Foundation, Jorge Jimenez, Sergio Ruiz** and **The Jeffreys Group**.

WILLIAM G. PUTNICKI, CLERK
U.S. DISTRICT COURT

By: *Katherine Wallace*

Deputy Clerk