IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR -8  AM 9: 12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED FINANCIAL SOLUTIONS, ALLAN TRUST DTD, LEONIE BATAC, JOVYLEN CO-BERMEJO, CONSOLIDATED CONSULTING GROUP, LETICIA RUIZ DE CRUZ, ANGEL DE MOLA, ALDRICH FAMISARAN, JONATHAN GIBBS, JOSE GOMEZ, LETICIA GOMEZ, DARLENE HAIN, MICHAEL HAUSO, TERRI HOPKINS, THE JEFFREYS GROUP, JELDEN FOUNDATION, JORGE JIMENEZ, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, JOSH ROWLAND, JENNIFER ROWLAND, FRANCISCO RUIZ, SERGIO RUIZ, JOSHUA STORIEM, KARIN SULLIVAN, DON WASSMUTH, and LOIS GIBBS WEAVER<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-00024-SS |

## FINAL DEFAULT JUDGMENT

This matter came before the Court to consider the Receiver's Application for Default Judgment against Advanced Financial Solutions, Aldrich Famisaran, Leonie Batac, Jovylen Co-Bermejo, Jose Gomez, Leticia Gomez, Darlene Hain, Terri Litchfield Hopkins, Jeldon Foundation, Jorge Jimenez, Sergio Ruiz, Karin Sullivan, and The Jeffreys Group ("Defendants").

The Court, having considered the Receiver's application and supporting papers, as well as the record in this matter, makes the following findings of fact and conclusions of law:

## I.

1. The Court has subject matter jurisdiction over this action. Venue is proper in this district.

2. On February 24, 2011 the Clerk entered Default against Leonie Batac, Jovylen Co-Bermejo, Jose Gomez, Leticia Gomez, Jeldon Foundation, Jorge Jimenez, Sergio Ruiz, and The Jeffreys Group.

3. On March 14, 2011 the Clerk entered Default against Advanced Financial Solutions, Aldrich Famisaran, and Karin Sullivan.

4. On March 29, 2011 the Clerk entered Default against Darlene Hain and Terri Litchfield Hopkins.

5. The Declaration of the Receiver demonstrates that the Court has personal jurisdiction over Defendant as a result of the Receiver's compliance with 28 U.S.C. § 754.

6. The Declaration of the Receiver also demonstrates that each Defendant received Receivership Assets, which in turn were obtained by Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital ("PICU"), RYCO Group, LLC ("RYCO Group") or First RYCO Group, LLC ("First RYCO" and collectively, the "Receivership Entities") through fraudulent means.

7. Transfers of Receivership Assets to Defendants were made in furtherance of a fraudulent Ponzi scheme, and were made without the exchange of reasonably equivalent value.

8. No Defendant is an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

9. The last known address for Defendant Advanced Financial Solutions is by and through Roger McGehee, Jr. at 5810 Ridgewood Place, Suite E, Jackson, MS 39211.

10. The last known address for Defendant Leonie Batac is 1871 Hardt Street, Loma Linda, CA 92354.

11. The last known address for Defendant Jovylen Co-Bermejo is 2213 S. Crescent Circle, Colton, CA 92324.

12. The last known address for Defendant Aldrich Famisaran is 380 Los Altos, Long Beach, CA 90814.

13. The last known address for Defendant Jose Gomez is 2217 West Chandler Avenue, Santa Ana, CA 92704.

14. The last known address for Defendant Leticia Gomez is 2217 West Chandler Avenue, Santa Ana, CA 92704.

15. The last known address for Defendant Darlene Hain is 1320 Albany Road, Harrisburg, PA 17112.

16. The last known address for Defendant Terri Litchfield Hopkins is 1602 Rose Avenue, Long Beach, CA 90813.

17. The last known address for Defendant Jeldon Foundation is 4000 Pierce Street, Suite 108, Riverside, CA 92505.

18. The last known address for Defendant Jorge Jimenez is 12130 Knoefler Drive, Riverside, CA 92505.

19. The last known address for Defendant Sergio Ruiz is 12773 Arena Drive, Rancho Cucamonga, CA 91739.

20.   The last known address for Defendant Karin Sullivan is 9013 Caldera Way, Sacramento, CA 95826.

21.   The last known address for Defendant The Jeffreys Group is 13742 Judy Anne Lane, Santa Ana, CA 92705.

22.   On the basis of the foregoing findings of fact and conclusions of law:

## II.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Advanced Financial Solutions** in the amount of $12,210.00, representing the fraudulent transfers received from the Receivership Entities ($11,950.00), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Leonie Batac** in the amount of $3,716.36, representing the fraudulent transfers received from the Receivership Entities ($3,456.36), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Jovylen Co-Bermejo** in the amount of $12,378.51, representing the fraudulent transfers received from the Receivership Entities ($12,118.51), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Aldrich Famisaran** in the amount of $321,760.00, representing the fraudulent transfers received from the Receivership Entities ($321,500.00), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Jose and Leticia Gomez** in the amount of $3,403.68, representing the fraudulent transfers received from the Receivership Entities ($3,143.68), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Darlene Hain** in the amount of $6,810.00, representing the fraudulent transfers received from the Receivership Entities ($6,550.00), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Terri Litchfield Hopkins** in the amount of $3,513.68, representing the fraudulent transfers received from the Receivership Entities ($3,253.68), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against the **Jeldon Foundation** in the amount of $42,513.23, representing the fraudulent transfers received from the Receivership Entities ($42,253.23), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Jorge Jimenez** in the amount of $2,981.22, representing the fraudulent transfers received from the Receivership Entities ($2,721.22), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Sergio Ruiz** in the amount of $1,093.65, representing the fraudulent transfers

received from the Receivership Entities ($833.65), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Karin Sullivan** in the amount of $3,535.88, representing the fraudulent transfers received from the Receivership Entities ($3,275.88), together with $260.00 in attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **The Jeffreys Group** in the amount of $5,101.06, representing the fraudulent transfers received from the Receivership Entities ($4,841.06), together with $260.00 in attorney's fees and costs.

### III.

All payments made pursuant to this Judgment shall be made to Kelly M. Crawford by cashier's check, certified check or postal money order, under cover of a letter that identifies Defendant, the name and case number of this litigation and the name of the Court. The Receiver may pursue such means as are appropriate and necessary at law or equity to collect these funds from Defendants, or their agents or assigns, including, but not by way of limitation, obtaining writs of execution or levy for real and personal property or funds, or pursuing collateral actions in this Court against persons holding funds or assets for or on behalf of Defendants.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain exclusive jurisdiction of this action for all purposes, including for purposes of entertaining any suitable application or motion by the Receiver for additional relief within the jurisdiction of this

Court, including, but not limited to the relief requested by the Receiver in his Complaint in this action.

### VI.

This Final Judgment may be served upon Defendants in person or by mail either by the United States Marshal, the Clerk of the Court, or by the Receiver or his counsel.

### VII.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Final Judgment pursuant to rules 54, 58 and 79, of the Federal Rules of Civil Procedure.

DATED and SIGNED this 7th day of April, 2011.

*Sam Sparks*
UNITED STATES DISTRICT JUDGE