IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED FINANCIAL SOLUTIONS, ALLAN TRUST DTD, LEONIE BATAC, JOVYLEN CO-BERMEJO, CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, ALDRICH FAMISARAN, JONATHAN GIBBS, JOSE GOMEZ, LETICIA GOMEZ, DARLENE HAIN, MICHAEL HAUSO, TERRI LITCHFIELD HOPKINS, THE JEFFREYS GROUP, JELDEN FOUNDATION, JORGE JIMENEZ, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, JOSH ROWLAND, JENNIFER ROWLAND, FRANCISCO RUIZ, SERGIO RUIZ, JOSHUA STORIEM, KARIN SULLIVAN, FERDINAND VILLANUEVA, DON WASSMUTH, and LOIS GIBBS WEAVER<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1:11-cv-00024-SS |

## ORDER DISMISSING CLAIMS AGAINST
## ALLAN TRUST DTD AND MICHAEL HAUSO

After considering *Plaintiff's Unopposed Motion to Dismiss* the claims against Allan Trust DTD and Michael Hauso, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, all claims asserted against Allan Trust DTD and Michael Hauso are hereby dismissed, with prejudice.

So Ordered.

_April 25_, 2011.

_____
UNITED STATES DISTRICT JUDGE