FILED
2011 MAY 25 AM 9:37
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, JOSH ROWLAND, JENNIFER ROWLAND, JOSHUA STORIEM, and DON WASSMUTH,<br><br>Defendants. | § § § § § § § § § CIVIL ACTION NO. 1:11-cv-00024-SS § § § § § § § § § |

## ORDER DISMISSING CLAIMS
## AGAINST JOSHUA STORIEM

After considering Plaintiff's Motion to Dismiss the claims asserted against Joshua Storiem, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, all claims asserted against Joshua Storiem are hereby dismissed, with prejudice.

So Ordered.

_May 25_____, 2011.

_____
UNITED STATES DISTRICT JUDGE