IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN -7 PM 4: 23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, and DON WASSMUTH,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-00024-SS |

## FINAL DEFAULT JUDGMENT

This matter came before the Court to consider the Receiver's Application for Default Judgment against Robert Krofchek ("Defendant"). The Court, having considered the Receiver's application and supporting papers, as well as the record in this matter, makes the following findings of fact and conclusions of law:

I.

1. The Court has subject matter jurisdiction over this action. Venue is proper in this district.

2. On April 26, 2011 the Clerk entered Default against Robert Krofchek.

3. The Declaration of the Receiver demonstrates that the Court has personal jurisdiction over Defendant as a result of the Receiver's compliance with 28 U.S.C. § 754.

4. The Declaration of the Receiver also demonstrates that Defendant received Receivership Assets, which in turn were obtained by Richard Theye, Private Investors Credit

1

Union, LC a/k/a Harmony Capital ("PICU"), RYCO Group, LLC ("RYCO Group") or First RYCO Group, LLC ("First RYCO" and collectively, the "Receivership Entities") through fraudulent means.

5. Transfers of Receivership Assets to Defendant were made in furtherance of a fraudulent Ponzi scheme, and were made without the exchange of reasonably equivalent value.

6. Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

7. The last known address for Defendant Robert Krofchek is 22310 45th Place West, Mount Lake Terrace, Washington 98043.

8. On the basis of the foregoing findings of fact and conclusions of law:

## II.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver shall have Judgment against **Robert Krofchek** in the amount of $39,570.32, representing the fraudulent transfers received from the Receivership Entities ($39,310.32), together with $260.00 in attorney's fees and costs.

## III.

All payments made pursuant to this Judgment shall be made to Kelly M. Crawford by cashier's check, certified check or postal money order, under cover of a letter that identifies Defendant, the name and case number of this litigation and the name of the Court. The Receiver may pursue such means as are appropriate and necessary at law or equity to collect these funds from Defendant, or his agents or assigns, including, but not by way of limitation, obtaining writs of execution or levy for real and personal property or funds, or pursuing collateral actions in this Court against persons holding funds or assets for or on behalf of Defendant.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain exclusive jurisdiction of this action for all purposes, including for purposes of entertaining any suitable application or motion by the Receiver for additional relief within the jurisdiction of this Court, including, but not limited to the relief requested by the Receiver in his Complaint in this action.

VI.

This Final Judgment may be served upon Defendant in person or by mail either by the United States Marshal, the Clerk of the Court, or by the Receiver or his counsel.

VII.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Final Judgment pursuant to rules 54, 58 and 79 of the Federal Rules of Civil Procedure.

DATED and SIGNED this 7th day of June, 2011.

_Sam Sparks_
UNITED STATES DISTRICT JUDGE