FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2011 JUN 17  PM 2: 30

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
            DEPUTY

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC | § § § § § |
| Plaintiff, | § § |
| v. | § § |
| CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, EUGENE LEBRUN, LYNN PARK, and DON WASSMUTH, | § § § § § |
| Defendants. | § § § |

CIVIL ACTION NO. 1:11-cv-00024-SS

**ORDER DISMISSING CLAIMS**
**AGAINST LYNN PARK**

After considering Plaintiff's Motion to Dismiss the claims asserted against Lynn Park, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, all claims asserted against Lynn Park are hereby dismissed, with prejudice. So Ordered.

_June 17_, 2011.

_____
UNITED STATES DISTRICT JUDGE