FILED

2011 JUN 17 PM 2:32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

CHAMBERS OF

JUN 17 2011

SAM SPARKS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, JONATHAN GIBBS, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, JOSH ROWLAND, JENNIFER ROWLAND, FRANCISCO RUIZ, JOSHUA STORIEM, DON WASSMUTH, and LOIS GIBBS WEAVER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 1:11-cv-00024-SS |

## FINAL STIPULATED JUDGMENT

Plaintiff Kelly M. Crawford, as receiver ("Receiver"), having filed his *Original Complaint* in this matter and Defendant Angel DeMola ("De Mola"), having admitted to the jurisdiction of this Court over him and over the subject matter of this action, and having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, and, it further appearing that this Court has jurisdiction over De Mola and the subject matter of this action; it appearing that no further notice or hearing for the entry of this final judgment need be given.

I.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Receiver recover from Angel De Mola, $37,177.03 (Thirty Seven Thousand One Hundred Seventy Seven

1

Dollars and three cents) plus post-judgment interest thereon at the highest rate allowed by law, and that execution issue for this judgment.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain exclusive jurisdiction of this action for all purposes, including for purposes of entertaining any suitable application or motion by the Receiver for additional relief within the jurisdiction of this Court.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this final judgment may be served upon De Mola, in person or by mail either by the United States Marshal, the Clerk of the Court, or the Receiver.

IV.

There being no just reason for delay, the Clerk of this Court is hereby directed to enter this final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

DATED and SIGNED this 17th day of June, 2011.

                                                    _Sam Sparks_
                                            UNITED STATES DISTRICT JUDGE

AGREED:

_____
Angel DeMola

_____
Kelly M. Crawford, as Receiver