# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **Kelly M. Crawford** | § | |
| | § | |
| | § | |
| v. | § | Civil No. A-11-cv-24-SS |
| | § | |
| | § | |
| | § | |
| **Allan Trust DTD, et al** | § | |

## <u>CLERK'S ENTRY OF DEFAULT</u>

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant **Audrey Park**, and it further appearing from the Plaintiff's motion and affidavit that said Defendants have failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this **19th day of August, 2011**, DEFAULT is hereby entered against **Audrey Park**.

WILLIAM G. PUTNICKI, CLERK
U.S. DISTRICT COURT

By: *Katherine Wallace*

Deputy Clerk