IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLA, ROBERT KROFCHEK, EUGENE LEBRUN, LYNN PARK, and DON WASSMUTH,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-00024-SS |

## ORDER DISMISSING CLAIMS
## AGAINST CONSOLIDATED CONSULTING GROUP

After considering Plaintiff's Motion to Dismiss the claims asserted against Consolidated Consulting Group, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, all claims asserted against Consolidated Consulting Group are hereby dismissed, without prejudice.

So Ordered.

_____Aug 19_____, 2011.

_____
UNITED STATES DISTRICT JUDGE