**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2011 AUG 22  AM 10: 16

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
          DEPUTY

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED CONSULTING GROUP, ANGEL DE MOLALYNN PARK, and DON WASSMUTH,<br><br>Defendants. | § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 1:11-cv-00024-SS

## ORDER DISMISSING CLAIMS AGAINST
## DON WASSMUTH

After considering Plaintiff's Motion to Dismiss the claims against Don Wassmuth, the Court finds that the Motion should be and hereby is GRANTED.

Accordingly, all claims asserted against Don Wassmuth are hereby dismissed, with prejudice.

So Ordered.

_____Aug 19_____, 2011.

_____
UNITED STATES DISTRICT JUDGE