IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 SEP 26 PM 12: 23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| KELLY M. CRAWFORD, as the Receiver for Richard Theye, Private Investors Credit Union, LC a/k/a Harmony Capital, RYCO Group, LLC, and First RYCO Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>AUDREY PARK,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-00024-SS |

## ORDER

Before the Court is the Receiver's unopposed Motion to Vacate Trial Setting and Administratively Close the Case. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

The Clerk is directed to close the case.

**SO ORDERED.**

SIGNED _September 26_, 2011

_____
UNITED STATES DISTRICT JUDGE